STATE of Missouri, Respondent,

v.

Darrin Anthony
WILKERSON, Appellant.

No. WD 38816.

Missouri Court of Appeals,
Western District.

July 7, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1987.

Application to Transfer Denied
Oct. 13, 1987.

Susan L. Hogan, Columbia, for appellant.

William Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial conviction of stealing, third offense, § 570.040 RSMo 1978, and sentence as a prior offender to a four-year term of imprisonment.

Judgment affirmed. Rule 30.25(b).